## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| Kathryn Sarkisian, | CIVIL ACTION NO.: |
|     Plaintiff, | 1:25-cv-00593-RJJ-SJB |
| v. | |
| City of the Village of Douglas, Michigan, | |
|     Defendant. | |

## PLAINTIFF'S NOTICE OF WITHDRAWAL OF
## MOTION FOR TEMPORARY RESTRAINING ORDER

Plaintiff Kathryn Sarkisian hereby withdraws her motion for a temporary restraining order (ECF No. 7). After Plaintiff filed her motion, Defendant the City of the Village of Douglas stipulated to the dismissal of its state-court enforcement action against her. *See* Exhibit 1: Stip. & Order to Dismiss Without Prejudice (filed June 11, 2025). The dismissal of the state-court action renders Plaintiff's motion moot.

DATED: June 12, 2025.

Respectfully submitted,

Pacific Legal Foundation

/s/ Wesley Hottot
Wesley Hottot, Wash. St. Bar No. 47539
Austin Waisanen, Wyo. St. Bar No. 8-7023
3100 Clarendon Blvd, Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
WHottot@pacificlegal.org
AWaisanen@pacificlegal.org

Christina M. Martin, Fla. Bar No. 0100760
4440 PGA Blvd., Suite 307
Palm Beach Gardens, FL 33410
Telephone: (561) 691-5000
CMartin@pacificlegal.org

Thomas Joffre Lambert, Jr. P86348
Thomas J. Lambert, PLC
PO Box 144
Jamestown, Michigan 49427
Telephone: (616) 275-2976
tlambert@tjlplc.com

*Attorneys for Plaintiff*