# EXHIBIT - 1

STATE OF MICHIGAN
IN THE 57TH JUDICIAL DISTRICT COURT FOR ALLEGAN COUNTY
113 Chestnut Street, Allegan, MI 49010     (269) 673-0400

CITY OF DOUGLAS     CASE NO. 24-4509 ON

    Plaintiff,     HON. JOSEPH S. SKOCELAS

vs.     STIPULATION & ORDER TO DISMISS WITHOUT PREJUDICE

KATHRYN WOODS-SARKISIAN

    Defendant.

---

| | |
|---|---|
| James E. Burnett (P22816)<br>Burnett & Kastran, P.C.<br>Attorney for Plaintiff<br>313 Hubbard Street<br>Allegan, MI 49010<br>(269) 673-8407 | Thomas J. Lambert (P86348)<br>Thomas J. Lambert, PLC<br>Attorney for Defendant<br>P.O. Box 144<br>Jamestown, MI 49427<br>(616) 275-2976 |

---

NOW COME the parties by their respective attorneys of record who stipulate to the entry of a Dismissal Without Prejudice of the above-captioned matter.

Dated: June 10, 2025     BURNETT & KASTRAN, P.C.

By: _____
James E. Burnett (P22816)
Attorney for Plaintiff

Dated: June 10, 2025     THOMAS J. LAMBERT, PLC

By: _____
Thomas J. Lambert (P863480)
Attorney for Defendant

### ORDER

At a session of said Court held in the City and County of Allegan, State of Michigan, on the __11__ day of June, 2025.

PRESENT: HON. JOSEPH S. SKOCELAS, DISTRICT JUDGE

Upon reading and filing the stipulation of the parties; IT IS SO ORDERED.

_____
Hon. Joseph S. Skocelas