UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHRYN SARKISIAN,

       Plaintiff,                      Case No. 1:25−cv−00593−RJJ−SJB

v.                                  Hon. Robert J. Jonker

DOUGLAS, CITY OF THE VILLAGE,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been **rescheduled** as set forth below:

Type of hearing(s):   Scheduling Conference
Date/Time:   September 30, 2025   04:00 PM
*(previously set for 8/27/25)*
Judge:   Robert J. Jonker
Place/Location:   699 Federal Building, Grand Rapids, MI

*Joint Status Report due 9/23/25. Hearing will be held in person.*

                                          ROBERT J. JONKER
                                          United States District Judge

Dated:  July 29, 2025        By:   /s/ Stephanie Carpenter
                                                   Case Manager