IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| Kathryn Sarkisian,<br><br>    Plaintiff,<br><br>v.<br><br>City of the Village of Douglas, Michigan,<br><br>    Defendant. | CIVIL ACTION NO.:<br>1:25-cv-00593-RJJ-SJB |

## PLAINTIFF'S UNOPPOSED MOTION FOR REMOTE APPEARANCE BY WESLEY HOTTOT AT SEPTEMBER 30, 2025 HEARING

Plaintiff respectfully moves this Court for permission for Wesley Hottot to appear remotely at the September 30, 2025, scheduling conference.

Plaintiff's attorney Thomas Lambert will appear in person. However, Mr. Hottot has a childcare issue that makes it difficult for him to travel from Seattle, Washington, to Grand Rapids, Michigan, for the conference.

Counsel for Defendant does not oppose the relief requested in this motion.

DATED: September 29, 2025.

          Respectfully submitted,

          Pacific Legal Foundation

          /s/ Wesley Hottot
          Wesley Hottot, Wash. St. Bar No. 47539
          Austin Waisanen, Wyo. St. Bar No. 8-7023
          3100 Clarendon Blvd, Suite 1000
          Arlington, VA 22201
          Telephone: (202) 888-6881
          WHottot@pacificlegal.org

        AWaisanen@pacificlegal.org

        Christina M. Martin, Fla. Bar No. 0100760
        4440 PGA Blvd., Suite 307
        Palm Beach Gardens, FL 33410
        Telephone: (561) 691-5000
        CMartin@pacificlegal.org

        Thomas Joffre Lambert, Jr. P86348
        Thomas J. Lambert, PLC
        PO Box 144
        Jamestown, Michigan 49427
        Telephone: (616) 275-2976
        tlambert@tjlplc.com

        *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed with the Clerk of this Court via CM/ECF which will send notice of said filing to all parties' counsel of record.

DATED: September 29, 2025.

        /s/ Wesley Hottot
        Wesley Hottot