UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHRYN SARKISIAN,

        Plaintiff,

v.

CITY OF THE VILLAGE OF DOUGLAS,

        Defendant.

_____/

Case No. 1:25-cv-593

HON. ROBERT J. JONKER

## **ORDER**

This matter is set for an in-person initial Rule 16 scheduling conference on September 30. The Court scheduled that about three months ago. (ECF No. 11). Today—the day before the conference—one of plaintiff's lawyers asked for permission to attend remotely. (ECF No. 14). The Motion is DENIED.

The Court's normal practice is to conduct Rule 16 conferences in person. This is especially true when government action is the subject of the litigation. And it is even more important when the case has already been the subject of at least one request for emergent relief, and where both sides say settlement is not possible before the Court issues a substantive constitutional ruling. Meaningful discussion of the merits will necessarily be part of the discussion as the Court attempts to understand the driving dynamics of the dispute that make this one of the tiny fraction of civil cases that does not even merit the possibility of settlement discussion.

The Court's experience with Zoom hearings has been mixed, at best. The Court's experience with hearings involving some parties appearing in person and others by Zoom has been even worse. Occasionally the Court does conduct Zoom hearings, but when that happens, arrangements need to be requested and made more than 24 hours before the scheduled event. This

has been on the calendar for almost three months as an in-person hearing. Even a week ago, counsel filed a Joint Status Report indicating an intention to appear for the in-person hearing. (ECF No. 13).

Plaintiff has at least one attorney who anticipates appearing in person. If for any reason plaintiff believes that attorney is not able to handle the matter on his own, the parties may seek to reschedule the hearing. The Court considers such a request only if the parties jointly submit at least three dates and times on which all necessary parties can commit to being present.

IT IS SO ORDERED

Dated:  September 29, 2025                  /s/ Robert J. Jonker
                                            ROBERT J. JONKER
                                            UNITED STATES DISTRICT JUDGE