**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**
_____

**MINUTES**

KATHRYN SARKISIAN,

v.

CITY OF THE VILLAGE OF DOUGLAS.

**CASE NO.** 1:25-cv-593
**DATE:** September 30, 2025
**TIME:** 4:02 – 4:36 p.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

## APPEARANCES

**PLAINTIFF:**
Thomas Lambert

**DEFENDANTS:**
Charles L. Bogren

## PROCEEDINGS

**NATURE OF HEARING:**
Rule 16 Scheduling Conference held. Order to enter.


COURT REPORTER:  Paul Brandell        /s/   S. Carpenter
                                            Case Manager