UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHRYN SARKISIAN,

        Plaintiff,                       Case No. 1:25–cv–00593–RJJ–SJB

    v.                                 Hon. Robert J. Jonker

DOUGLAS, CITY OF THE VILLAGE,

        Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    Early Settlement Conference
Date/Time:            December 19, 2025   01:00 PM
Magistrate Judge:    Sally J. Berens
Place/Location:      by video

*The conference requirements for participants remain applicable. (ECF No. 17.) Updated letters are not required.*

                                     SALLY J. BERENS
                                     U.S. Magistrate Judge

Dated:  December 1, 2025      By:  _/s/ Julie Lenon_____
                                   Judicial Assistant