UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHRYN SARKISIAN,

      Plaintiff,                          Case No. 1:25−cv−00593−RJJ−SJB

v.                                     Hon. Robert J. Jonker

DOUGLAS, CITY OF THE VILLAGE,

      Defendant.
_____/

## NOTICE OF HEARING CANCELLATION

      The continued early settlement conference set in this matter for **December 19, 2025** is hereby **CANCELLED.**

                                                U.S. Magistrate Judge

Dated:  December 15, 2025       By:   /s/ Julie Lenon
                                                   Judicial Assistant