# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| Kathryn Sarkisian,<br><br>    Plaintiff,<br><br>v.<br><br>City of the Village of Douglas, Michigan,<br><br>    Defendant. | Case No.. 1:25-cv-00593-RJJ-SJB<br><br>Hon. Robert J. Jonker |

## ORDER WITHDRAWING ATTORNEY JAMES W. LAMB

**IT IS HEREBY ORDERED** that James W. Lamb's appearance on behalf of Defendant City of the Village of Douglas is withdrawn in this matter and that the law firm of Plunkett Cooney and the attorneys of Plunkett Cooney who have filed appearances in this matter will continue to represent this Defendant.

**IT IS SO ORDERED.**


Dated: _____          _____
                                U.S. District Judge