# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

|  |  |
|---|---|
| Kathryn Sarkisian,<br><br>　　　Plaintiff,<br><br>v.<br><br>City of the Village of Douglas,<br>Michigan,<br><br>　　　Defendant. | No.: 1:25-cv-00593-RJJ-SJB |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Kathryn Sarkisian and Defendant City of the Village of Douglas hereby jointly stipulate to voluntary dismissal of this case without prejudice following a mutually agreeable settlement. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: May 6, 2026.

Respectfully submitted,

PACIFIC LEGAL FOUNDATION

BY:  /s/ *Wesley Hottot*
Wesley Hottot,
Wash. St. Bar No. 47539
Austin Waisanen,
Wyo. St. Bar No. 8-7023
3100 Clarendon Blvd, Suite 1000
Arlington, VA 22201
Telephone: (202) 888-6881
WHottot@pacificlegal.org
AWaisanen@pacificlegal.org

Thomas Joffre Lambert, Jr. P86348
Thomas J. Lambert, PLC
PO Box 144
Jamestown, Michigan 49427

PLUNKETT COONEY

BY:  /s/ *Charles L. Bogren*
Charles L. Bogren (P82824)
333 Bridge Street, N.W.,
　Suite 530
Grand Rapids, Michigan 49503
Direct Dial: 616-752-4606
cbogren@plunkettcooney.com

*Attorneys for Defendant*

Telephone: (616) 275-2976
tlambert@tjlplc.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed with the

Clerk of this Court via CM/ECF which will send notice of said filing to all parties'

counsel of record.

DATED: May 6, 2026.

/s/ *Wesley Hottot*
Wesley Hottot,
Wash. St. Bar No. 47539
PACIFIC LEGAL FOUNDATION

2